UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Trust Fund and Midwest Operating Engineers Pension Trust Fund, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 14 C 2557 |
| v. | ) ) | |
| Cleveland Quarry, a division of RiverStone Group, Inc., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## MOTION TO ENTER JUDGMENT

Plaintiffs Midwest Operating Engineers Welfare Trust Fund and Midwest Operating Engineers Pension Trust Fund (collectively, "the Funds"), move to enter judgment for unpaid contributions owed, interest, liquidated damages, costs, and attorneys' fees under Section 515 of the Employee Retirement Income Security Act (ERISA) of 1974, 29 U.S.C. § 1145. In support of this Motion, the Funds state that:

1. On April 9, 2014, the Funds filed suit against Cleveland Quarry for unpaid contributions, interest, liquidated damages, and attorneys' fees and costs owed under a collective bargaining agreement with Local 150 of the International Union of Operating Engineers, AFL-CIO ("Local 150" or "the Union"), which was effective from May 3, 2010, through May 3, 2015 (First Amended Complaint ¶¶ 5, 8, Ex. A; Doc. #14, filed 06/06/14, Page ID #59, 62).

2. On August 25, 2014, this Court entered its "Memorandum Opinion and Order," rejecting Cleveland Quarry's defenses and finding that "as a matter of law…the Funds are entitled to enforce Quarry's obligation to contribute to the Funds under the CBA" (Doc. #26 filed 08/25/14

at 1, Page ID #288). By Order entered June 12, 2015, the Court denied Cleveland Quarry's Motion for Reconsideration and Summary Judgment (Doc. #42, entered 06/12/15).

3. Pursuant to the Court's instructions, Cleveland Quarry has reported to Fund counsel the hours worked by its employees from September 2013 through May 3, 2015 (Exhibit A, Certification of Thomas M. Bernstein (hereinafter "Bernstein Cert.") ¶ 3, Attachment 1). Counsel for Cleveland Quarry has stated that the Company will stipulate to the accuracy of these hours worked.

4. Based upon the hours worked as reported by Cleveland Quarry, the MOE Funds have calculated unpaid contributions owed for the entire timeframe to be $360,558.85 (Ex. B, Bernstein Cert. ¶ 4).

5. Pursuant to Section 502(g) of ERISA, the Funds are entitled to recover interest on those unpaid contributions. 29 U.S.C. § 1132(g)(2)(B). The Funds have calculated interest based upon an annual rate of 8 percent to be $26,240.30 (Ex. B, Bernstein Cert. ¶ 4).

6. Pursuant to Section 502(g) of ERISA, the Funds are entitled to liquidated damages not to exceed 20 percent. 29 U.S.C. § 1132(g)(2)(C)(ii). The Funds have calculated liquidated damages for the unpaid contributions in the amount of $72,111.77 (Ex. B, Bernstein Cert. ¶ 4).

7. Pursuant to Section 502(g) of ERISA, the Funds are entitled to an award of reasonable attorneys' fees and costs. 29 U.S.C. § 1132(g)(1). The Funds have incurred costs in this action in the total amount of $525.00 (Ex. B, Bernstein Cert. ¶ 4).

8. Counsel for the Funds will submit an appropriate petition for attorneys' fees post-judgment.

WHEREFORE, the Midwest Operating Engineers Welfare Trust Fund and the Midwest Operating Engineers Pension Trust Fund respectfully request that the Court enter judgment for unpaid contributions, interest, liquidated damages, and attorneys' fees and costs in the amounts set forth below:

| | |
|---|---:|
| Unpaid contributions for hours worked September 2013 through May 3, 2015: | $360,558.85 |
| Interest on unpaid contributions based upon annual interest rate of 8 percent: | $26,240.03 |
| Liquidated damages for unpaid contributions: | $72,111.77 |
| Costs: | $525.00 |
| Total: | $459,435.65 |

Dated: June 25, 2015                                        Respectfully submitted,


                                                        By:   /s/ Dale D. Pierson
                                                            One of the Attorneys for the Funds

Attorneys for the Funds:
Dale D. Pierson
Charles R. Kiser
Steven A. Davidson
Institute for Worker Welfare, P.C.
6141 Joliet Road, Countryside, IL 60525
Ph: (708) 579-6613; Fx: (708) 588-1647
dpierson@local150.org
ckiser@local150.org
sdavidson@local150.org

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on June 25, 2015, he electronically filed the foregoing with the Clerk of Court using the CM/CM/ECF system which sent notification to the following:

Andrew J. Martone (andymartone@hessemartone.com)
Matthew B. Robinson (mattrobinson@hessemartone.com)
Hesse Martone, P.C.
13354 Manchester Road, Suite 100
St. Louis, MO 63131
Ph. 314/862-0300; Fx. 314/862-7010

John K. Kallman (jkkallman@sbcglobal.net)
Law Offices of John K. Kallman
221 North LaSalle Street, Suite 1200
Chicago, IL 60601
Ph. 312/578-1515; Fx. 312/332-3920

By:  /s/ Dale D. Pierson
One of the Attorneys for the Funds

Attorneys for the Funds:
Dale D. Pierson
Charles R. Kiser
Steven A. Davidson
Institute for Worker Welfare, P.C.
6141 Joliet Road, Countryside, IL 60525
Ph: (708) 579-6613; Fx: (708) 588-1647
dpierson@local150.org
ckiser@local150.org
sdavidson@local150.org