

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Trust Fund and Midwest Operating Engineers Pension Trust Fund,<br><br>Plaintiffs,<br><br>v.<br><br>Cleveland Quarry, a division of RiverStone Group, Inc., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 14 C 2557<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT ORDER**

This matter coming on to be heard upon Plaintiffs Midwest Operating Engineers Welfare and Pension Funds' ("the Funds") Motion to Enter Judgment, it appearing to the Court that Defendant Cleveland Quarry, a division of RiverStone Group, Inc., an Illinois Corporation ("Cleveland"), is obligated to contribute to the Funds, and the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

The Court has jurisdiction of the subject matter herein and of the parties hereto pursuant to 29 U.S.C. §§ 1132 and 1145.

Cleveland was bound to a collective bargaining agreement with Local 150 of the International Union of Operating Engineers, AFL-CIO, and the Agreements and Declarations of Trust that govern the Funds from May 3, 2010, through May 3, 2015.

Cleveland is obligated to make contributions to the Funds, pay interest on unpaid contributions, and liquidated damages and costs as follows:

| | |
|---|---:|
| Unpaid contributions for hours worked September 2013 through May 3, 2015: | $360,558.85 |
| Interest on unpaid contributions based upon annual interest rate of 8 percent: | $26,240.03 |
| Liquidated damages for unpaid contributions: | $72,111.77 |
| Costs: | $525.00 |
| Total: | $459,435.65 |

Plaintiff Funds' claims for attorneys' fees shall be considered pursuant to Local Rule 54.3 and 29 U.S.C. § 1132(g)(1).

Under Rule 54(b), F. R. Civ. P., there is no just reason for delay in the entry of a Judgment Order as to the sum of $458,910.65 owed to the Plaintiff Funds from Defendant Cleveland.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff Funds shall recover from Defendant Cleveland the amount of $458,910.65; Plaintiffs shall recover costs in the amount of $525.00; Plaintiffs recover from Defendant Cleveland Quarry, a division of RiverStone Group, Inc., an Illinois corporation, the total amount of **$459,435.65**, which includes unpaid benefit contributions, liquidated damages, costs, and interest.

Plaintiff Funds are awarded execution for the collection of the Judgment granted hereunder.

The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order and determination of attorneys' fees.

ENTER:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 22, 2015
nunc pro tunc July 21, 2015

2